**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Demetrius Darrell WHITEHEAD,**
**Defendant–Appellant.**

**No. 16–6297**

United States Court of Appeals, Fourth Circuit.

Submitted: June 23, 2016

Decided: June 29, 2016

Demetrius Darrell Whitehead, Appellant Pro Se. Jennifer P. May–Parker, Assistant United States Attorney, Denise Walker, Seth Morgan Wood, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before MOTZ, KING, and WYNN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Demetrius Darrell Whitehead appeals the district court's order granting his motion for reduction of sentence, 18 U.S.C. § 3582(c) (2012), and reducing his sentence from 188 months to 162 months of imprisonment. We have reviewed the record and conclude that the district court did not abuse its discretion in declining to grant a greater reduction in Whitehead's sentence. See United States v. Mann, 709 F.3d 301, 304 (4th Cir. 2013) (providing standard of review). Accordingly, we affirm for the reasons stated by the district court. United States v. Whitehead, No. 5:10–cr–00213–F–1 (E.D.N.C. Jan. 27, 2016). We deny Whitehead's "motion for abuse of discretion," and we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED